IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00251-ZLW-PAC

VINCENT DONNELLY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

## ORDER

---

It is ORDERED that the Uncontested Motion To Dismiss Plaintiff's Second Claim For Relief . . . (Doc. No. 8) is granted, and Plaintiff's Second Claim for Relief is dismissed with prejudice.

DATED at Denver, Colorado, this __3__ day of March, 2006.

BY THE COURT:

*Zita L. Weinshienk*
_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court