IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00251-ZLW-PAC

VINCENT DONNELLY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: April   11  , 2006

    It is ORDERED that Defendant's Unopposed (Stipulated) Motion For Leave To File A Supplement To Its Response . . . (Doc. No. 16) is granted.  It is

    FURTHER ORDERED that Defendant may proceed to file Defendant's Supplement To Its Response And Objection To Plaintiff's Motion For Remand.