IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00251-ZLW-PAC

VINCENT DONNELLY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

ORDER

---

The matters before the Court are Plaintiff's Motion For Remand and Plaintiff's Unopposed (Stipulated) Motion For Leave To File A Reply To Defendant's Supplement To Its Response And Objection To Plaintiff's Motion For Remand.  This action was originally filed in state court, and on February 16, 2006, Defendant removed the action to federal court based on diversity jurisdiction pursuant to 28 U.S.C. § 1332.  Section 1332 provides that the federal district courts have original jurisdiction over civil actions when the matter in controversy exceeds the value of $75,000 and is between citizens of different states.  Plaintiff argues that this case should be remanded to state court because the amount in controversy does not exceed $75,000.  However, Plaintiff stated in his March 24, 2006, Rule 26 disclosures that he is seeking a total of $267,000 in

damages in this case, exclusive of costs and fees.[1]  Plaintiff's argument that the jurisdictional amount nonetheless is not met because the coverage limit on Plaintiff's insurance policy is $75,000 is unpersuasive, since Plaintiff himself stated in his Rule 26 disclosures that he is seeking far more than that amount, apparently based on tort theories.  Accordingly, it is

ORDERED that Plaintiff's Unopposed (Stipulated) Motion For Leave To File A Reply To Defendant's Supplement To Its Response And Objection To Plaintiff's Motion For Remand (Doc. No. 22) is granted.  It is

FURTHER ORDERED, after review of all the briefs filed, that Plaintiff's Motion For Remand (Doc. No. 13) is denied.

DATED at Denver, Colorado, this ___10___ day of May, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court

---

[1] See Defendant's Supplement To Its Response And Objection To Motion To Remand, Ex. 1 at 5.