IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00251-ZLW-PAC

VINCENT DONNELLY,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Motion to Withdraw "Motion for Order for Plaintiff's Treating medical Providers to Testify to Causation, Diagnosis and Prognosis, without the Prerequisite of Being Formally Endorsed as Experts Pursuant to Rule 26(a)(2)(B)" [filed August 16, 2006; Doc. No. 32] is **GRANTED.**

     IT IS **FURTHER ORDERED** that the "Motion for Order for Plaintiff's Treating Medical Providers to Testify to Causation, Diagnosis and Prognosis, without the Prerequisite of Being Formally Endorsed as Experts Pursuant to 26(a)(2)(B)" [filed July 27, 2006; Doc. No. 28] is **DENIED** as moot.

     IT IS **FURTHER ORDERED** that defendant's response to plaintiff's Motion for Plaintiff's Designation of His Three (3) Expert Witnesses [filed August 16, 2006; Doc. No. 32] is due by **September 5, 2006**.  No reply is permitted.  This motion will be heard at the **motions hearing** set for **October 6, 2006** at 10:00 a.m.

     Dated:  August 17, 2006