IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00251-ZLW-PAC

VINCENT DONNELLY,

    Plaintiff,

v

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

    Defendant.

---

ORDER RE:  MOTION FOR ORDER TO ADD ADDITIONAL EXPERT DESIGNATION, IN ADDITION TO THE EXPERTS PREVIOUSLY ENDORSED PURSUANT TO RULE 26(a)(2)(B)

---

THIS MATTER, coming before the Court on Plaintiff's Motion for Order to Add Additional Expert Designation, in Addition to the Experts Previously Endorsed Pursuant to Rule 26(a)(2)(B) and the Court having reviewed the Motion and any Response or Reply thereto, and being otherwise fully apprised in the premises, hereby FINDS, CONCLUDES and ORDERS:

    1. Plaintiff is granted leave to designate one additional expert witness, resulting in four expert witnesses;

    2. State Farm shall also be allowed to designate an additional expert witness;

    3. Testimony from Plaintiff's treating physicians, Dr. Howard Corren designated as expert witness, Dr. Scott Primack.

designated as an expert, shall be limited to their opinions contained in each physician's own treatment notes and records previously produced in this case; and

4. Plaintiff may not call any treating physicians to testify at trial that have not been designated and identified as experts pursuant to Fed.R.Civ.P. 26(a)(2)(A).

DONE IN CHAMBERS this 5th day of October 2006.

BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge

BY THE COURT

Zita L. Weinshienk
United States District Court Judge