IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00251-ZLW-PAC

VINCENT DONNELLY,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     Consistent with the Court's rulings from the bench during the hearing on October 5, 2006, it is hereby

     **ORDERED** that the Stipulated Motion to Vacate the Hearing Set for October 6, 2006 and For Entry of the Attached Order (*doc. no. 51*) is **GRANTED**.  The hearing set for October 6, 2006 is **VACATED**.  It is further

     **ORDERED** that Plaintiff's Motion for Designation of His Three (3) Expert Witnesses (*doc. no. 32)* and  Plaintiff's Motion for Order to Add Additional Expert Designation, In Addition to the Experts Previously Endorsed Pursuant to Rule 26(a)(2)(B) (*doc. no. 38)* are **DENIED**, as withdrawn.

     **DATED:**     October 6, 2006