IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00251-ZLW-PAC

VINCENT DONNELLY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## ORDER FOR DISMISSAL

THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice executed by counsel for Plaintiff and by counsel for Defendant, and the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff against Defendant are hereby dismissed WITH PREJUDICE, each party to pay his or its own costs.

DATED at Denver, Colorado, this   25   day of January, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court